# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 9 | **DATE** | 2/13/2008 |
| **CASE TITLE** |  | USA vs. Jermaine McCann | |

**DOCKET ENTRY TEXT**

Initial Appearance held on 2/13/2008 as to Jermaine McCann (9). Defendant informed of his rights. Defendant appears to the arrest on 2/12/08. John A. Myer is given leave to file appearance on behalf of defendant. Government's oral motion to detain defendant is entered and continued to 2/15/08 at 2:30 p.m. Preliminary examination set for 2/21/08 at 1:00 p.m.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | yp |
|---|---|---|

2008 FEB 14, AM 11:42

FILED