## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 9 | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA vs. Jermaine McCann | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/15/2008 as to Jermaine McCann (9). Oral argument heard in open court. For the reasons stated in open court, Government's oral motion to detain defendant is denied. Enter Order Setting Conditions of Release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|