UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 122-9 |
| | ) | |
| JERMAINE MCCANN, | ) | Judge Harry D. Leinenweber |
| | ) | |
| Defendant | ) | |

**MOTION OF DEFENDANT JERMAINE MCCANN TO**
**ADOPT CO-DEFENDANTS' PRETRIAL MOTIONS**

Now comes the defendant, Jermaine McCann, by and through his attorney, John A. Meyer, and respectfully moves to adopt the motions heretofore filed by co-defendants and seeks relief, which, if granted, would inure to the benefit of said defendant.

Respectfully submitted,

_____s/ John A. Meyer_____
John A. Meyer. attorney
for defendant, Jermaine McCann

John A. Meyer
Meyer & O'Connor, LLC
20 South Clark Street
Suite 2210
Chicago, Illinois  60603-1805
312-346-9000

CERTIFICATE OF SERVICE

I, John A. Meyer, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing Motion to Adopt.

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion, if applicable, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first–class mail on May 6, 2008, to the non-ECF filers:

AUSA Tinos Diamantatos
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

_____s/ John A. Meyer_____
John A. Meyer, Attorney for
defendant