# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 9 | **DATE** | 7/10/2008 |
| **CASE TITLE** | United States vs. Jermaine McCann | | |

**DOCKET ENTRY TEXT**

Conditions of bond as to defendant Jermaine McCann are hereby modified and enlarged to allow the defendant to travel outside the Northern District of Illinois to Laurel, Mississippi for a four-day family reunion/vacation during the period of 7/18/08 to 7/21/08. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|