UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 CR 122-9 |
| JERMAINE MCCANN, | ) ) | Judge Amy J. St. Eve |
| Defendant | ) ) | |

### AGREED ORDER

This cause coming on to be heard upon an agreement by and among the United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, through Assistant U.S. Attorney, Tinos Diamantatos, and Jermaine McCann, individually and through his attorney, John A. Meyer, to modify and enlarge the conditions of bond for the purpose of allowing the defendant to travel outside the Northern District of Illinois to Laurel, Mississippi for a four-day family reunion/vacation during the period of July 18, 2008, to July 21, 2008,

**IT IS HEREBY ORDERED:**

The conditions of bond as to the defendant Jermaine McCann are hereby modified and enlarged to allow the defendant to travel outside the Northern District of Illinois to Laurel, Mississippi for a four-day family reunion/vacation during the period of July 18, 2008, to July 21, 2008.

ENTER:

_____
Judge

Dated this 10 day of July, 2008